C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
Diego Acevedo (State Bar No. 244693)
    dacevedo@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Paul Schlaud (State Bar No. 24013469)
    pschlaud@reevesbrightwell.com
Sinéad O'Carroll (State Bar No. 24013253)
    socarroll@reevesbrightwell.com
Reeves & Brightwell LLP
221 West Sixth Street, Suite 1000
Austin, TX 78701-3410
Telephone:  (512) 334-4500
Facsimile:  (512) 334-4492

Attorneys for Defendants DELL INC. and DELL FINCANCIAL SERVICES LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MAGYAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC. and DELL FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No.  3:12-cv-01899-H-RBB<br><br>**DEFENDANT DELL INC.'S AND DELL FINANCIAL SERVICES LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:         January 22, 2013<br>Time:         10:30 a.m.<br>Courtroom:  15A<br>Judge:        Marilyn L. Huff |

REEVES & BRIGHTWELL LLP
221 W. 6th Street, Suite 1000
Austin TX  78701
(512) 334-4500

DELL INC. & DELL FINANCIAL SERVICES'
NOTICE OF MOTION & MOTION TO COMPEL
ARBITRATION

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on January 22, 2013, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13, before the Honorable Marilyn L. Huff, defendants Dell Inc. and Dell Financial Services LLC shall and hereby do move the Court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, for an Order dismissing or staying this action and compelling Plaintiff Rose Magyar ("Ms. Magyar") to pursue all of her claims in arbitration.[1]

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Stephen J. Snyder, and all of the pleadings, records, and papers on file herein, as well as such other oral or documentary evidence as may be presented at or before the time of the hearing of this Motion.

Dated: December 17, 2012        REEVES & BRIGHTWELL LLP

By: */s/ Paul Schlaud*
    Paul Schlaud
    Sinéad O'Carroll

Attorneys for Defendants
DELL INC. and DELL FINANCIAL SERVICES LLC

---

[1] Courts in this Circuit treat a motion to stay or dismiss in favor of arbitration as a "non-enumerated Rule 12(b) motion." *Inlandboatmens Union of the Pacific v. Dutra Group*, 279 F.3d 1075, 1078 n.2 (9th Cir. 2002) (internal quotation omitted); *see also Previti v. Nat'l Union Fire Ins. Co. of Pitt.*, No. EDCV 12-00704 DDP, 2012 WL 3257877, at *3 n.5 (C.D. Cal. Aug. 7, 2012).

REEVES & BRIGHTWELL LLP
221 W. 6th Street, Suite 1000
Austin TX 78701
(512) 334-4500

DELL INC. & DELL FINANCIAL SERVICES'
NOTICE OF MOTION & MOTION TO COMPEL ARBITRATION         - 1 -

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MAGYAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC., and DELL FINANCIAL SERVICES LLC,<br><br>Defendants. | Case No. 3:12-cv-01899-H-RBB<br><br>**CERTIFICATE OF SERVICE** |

**I HEREBY CERTIFY** that I am a United States citizen, over the age of 18 years and not a party to this action. On December 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that all counsel of record who are deemed to have consented to electronic service are being served this day with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Dated: December 17, 2012

                                                 */s/Paul Schlaud*
                                                 Paul Schlaud